COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DARYL SUMMERFIELD

**FILED**

JUN 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:06-CR-00428 DLJ |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. ) | |
| DARYL SUMMERFIELD, ) | |
| Defendant. ) | |

Defendant DARYL SUMMERFIELD, by and through his attorney, Colin Cooper, defendant Solomon Summerfield, by and through his attorney Michael L. Chastaine, defendant Angela Summerfield, by and through her attorney Kathryn Kohlman Druliner, defendant Tpring Summerfield, by and through her attorney Michael Donald Long, defendant Barbara Brown, by and through her attorney George G. Walker, and the United States, by and through Assistant United States Attorney Anne Pings, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, June 26, 2007, at 9:00 a.m. to Tuesday, August 7, 2007, at 9:00 a.m. The continuance is requested to allow defendants' counsel additional time for review of discovery and further investigation.

The parties further stipulate and agree that the period from June 26, 2007 to August 7, 2007 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: June 21, 2007            /s/ COLIN L. COOPER
                                Attorney for Defendant DARYL SUMMERFIELD

DATED: June 21, 2007            /s/ MICHAEL L. CHASTAINE
                                Attorney for Defendant SOLOMON SUMMERFIELD

DATED: June 21, 2007            /s/ KATHRYN KOHLMAN DRULINER
                                Attorney for Defendant ANGELA SUMMERFIELD

DATED: June 21, 2007            /s/ MICHAEL DONALD LONG
                                Attorney for Defendant TPRING SUMMERFIELD

DATED: June 21, 2007            /s/ GEORGE G. WALKER
                                Attorney for Defendant BARBARA BROWN

DATED: June 21, 2007            /s/ ANNE PINGS
                                Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for June 26, 2007, is continued to August 7, 2007, at 9:00 a.m. and that the period from June 26, 2007 to August 7, 2007 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: 6-25-07

D. LOWELL JENSEN
Senior District Judge
United States District Court