1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   MELISSA DAGUE, SBN 229310
3  COOPER LAW OFFICES
   800 Jones Street
4  Berkeley, California 94710
   Telephone: (510) 558-8400
5  Fax: (510) 558-8401

6  Attorneys for Defendant
   DARYL SUMMERFIELD
7

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12 | UNITED STATES OF AMERICA,      )   NO. 2:06-CR-00428 DLJ
                                    )
13 |     Plaintiff,                 )   STIPULATION AND ORDER
                                    )   CONTINUING STATUS
14 | vs.                            )   CONFERENCE
                                    )
15 | DARYL SUMMERFIELD,             )
                                    )
16 |     Defendant.                 )
                                    )
17

18        Defendant DARYL SUMMERFIELD, by and through his attorney, Colin Cooper, defendant

19 Solomon Summerfield, by and through his attorney Michael L. Chastaine, defendant Angela

20 Summerfield, by and through her attorney Kathryn Kohlman Druliner, defendant Tpring

21 Summerfield, by and through her attorney Michael Donald Long, defendant Barbara Brown,

22 by and through her attorney George G. Walker, and the United States, by and through

23 Assistant United States Attorney Anne Pings, hereby stipulate and agree to continue the status

24 conference in the above-captioned case from Tuesday, September 18, 2007, at 9:00 a.m. to

25 Tuesday, November 13, 2007, at 9:00 a.m. The continuance is requested to allow defendants'

26 counsel additional time for review of discovery and further investigation.

27

28

-1-

The parties further stipulate and agree that the period from September 18, 2007 to November 13, 2007 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: September 11, 2007    /s/ COLIN L. COOPER
Attorney for Defendant DARYL SUMMERFIELD

DATED: September 11, 2007    /s/ MICHAEL L. CHASTAINE
Attorney for Defendant SOLOMON SUMMERFIELD

DATED: September 11, 2007    /s/ KATHRYN KOHLMAN DRULINER
Attorney for Defendant ANGELA SUMMERFIELD

DATED: September 11, 2007    /s/ MICHAEL DONALD LONG
Attorney for Defendant TPRING SUMMERFIELD

DATED: September 11, 2007    /s/ GEORGE G. WALKER
Attorney for Defendant BARBARA BROWN

DATED: September 11, 2007    /s/ ANNE PINGS
Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for September 18, 2007, is continued to November 13, 2007, at 9:00 a.m. and that the period from September 18, 2007 to November 13, 2007 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: 9-11-07

D. LOWELL JENSEN
Senior District Judge
United States District Court