COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DARYL SUMMERFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:06-CR-00428 DLJ |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. ) | |
| DARYL SUMMERFIELD, ) | |
| Defendant. ) | |

Defendant DARYL SUMMERFIELD, by and through his attorney Colin L. Cooper, defendant Solomon Summerfield, by and through his attorney Michael L. Chastaine, defendant Angela Summerfield, by and through her attorney Kathryn Kohlman Druliner, defendant Tpring Summerfield, by and through her attorney Michael Donald Long, defendant Barbara Brown, by and through her attorney George G. Walker, and the United States, by and through Assistant United States Attorney Anne Pings, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, January 22, 2008, at 9:00 a.m. to Tuesday, March 25, 2008, at 9:00 a.m. The continuance is requested to allow defendants' counsel additional time for review of discovery and further investigation.

The parties further stipulate and agree that the period from January 22, 2008 to March 25, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  January 17, 2008			/s/ COLIN L. COOPER
						Attorney for Defendant DARYL SUMMERFIELD

DATED:  January 17, 2008			/s/ MICHAEL L. CHASTAINE
						Attorney for Defendant SOLOMON SUMMERFIELD

DATED:  January 17, 2008			/s/ KATHRYN KOHLMAN DRULINER
						Attorney for Defendant ANGELA SUMMERFIELD

DATED:  January 17, 2008			/s/ MICHAEL DONALD LONG
						Attorney for Defendant TPRING SUMMERFIELD

DATED:  January 17, 2008			/s/ GEORGE G. WALKER
						Attorney for Defendant BARBARA BROWN

DATED:  January 17, 2008			/s/ ANNE PINGS
						Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for January 22, 2008, is continued to March 25, 2008, at 9:00 a.m. and that the period from January 22, 2008 to March 25, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED:  January 17, 2008			_____
						D. LOWELL JENSEN
						Senior District Judge
						United States District Court