COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DARYL SUMMERFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:06-CR-00428 DLJ |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| DARYL SUMMERFIELD, | ) ) | |
| Defendant. | ) ) | |

Defendant DARYL SUMMERFIELD, by and through his attorney Colin L. Cooper, defendant Solomon Summerfield, by and through his attorney Michael L. Chastaine, defendant Angela Summerfield, by and through her attorney Kathryn Kohlman Druliner, defendant Tpring Summerfield, by and through her attorney Michael Donald Long, defendant Barbara Brown, by and through her attorney George G. Walker, and the United States, by and through Assistant United States Attorney Anne Pings, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, March 25, 2008, at 9:00 a.m. to Tuesday, April 22, 2008, at 9:00 a.m. The continuance is requested to allow defendants' counsel additional time for review of discovery and further investigation.

1  The parties further stipulate and agree that the period from March 25, 2008 to April 22, 2008, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: March 18, 2008 　　　　/s/ COLIN L. COOPER
　　　　　　　　　　　　　　　　Attorney for Defendant DARYL SUMMERFIELD

DATED: March 18, 2008 　　　　/s/ MICHAEL L. CHASTAINE
　　　　　　　　　　　　　　　　Attorney for Defendant SOLOMON SUMMERFIELD

DATED: March 18, 2008 　　　　/s/ KATHRYN KOHLMAN DRULINER
　　　　　　　　　　　　　　　　Attorney for Defendant ANGELA SUMMERFIELD

DATED: March 18, 2008 　　　　/s/ MICHAEL DONALD LONG
　　　　　　　　　　　　　　　　Attorney for Defendant TPRING SUMMERFIELD

DATED: March 18, 2008 　　　　/s/ GEORGE G. WALKER
　　　　　　　　　　　　　　　　Attorney for Defendant BARBARA BROWN

DATED: March 18, 2008 　　　　/s/ ANNE PINGS
　　　　　　　　　　　　　　　　Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for March 25, 2008, is continued to April 22, 2008, at 9:00 a.m. and that the period from March 25, 2008 to April 22, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED:_March 19, 2008 　　　　_____
　　　　　　　　　　　　　　　　D. LOWELL JENSEN
　　　　　　　　　　　　　　　　Senior District Judge
　　　　　　　　　　　　　　　　United States District Court