MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for TPRING SUMMERFIELD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-06-428 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| DARYL SUMMERFIELD, et al | ) |
| | ) Date: 8-12-08 |
| Defendants. | ) Time:  8:30 a.m. |
| ==============================) | Judge: Hon. John A. Mendez |

    It is hereby stipulated between the parties, Anne Pings, Assistant United States Attorney, Colin Cooper, attorney for defendant Daryl Summerfield, Michael Chastain, attorney for defendant Solomon Summerfield and Michael Long, attorney for Tpring Summerfield, that the status conference date of July 8, 2008, should be continued until August 12, 2008.  The continuance is necessary as all defense counsel are still investigating the case, meeting with their respective clients, and all counsel are continuing to engage in negotiations with the government.

    IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of August 12, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  July 7, 2008                                        Respectfully submitted,

                                                                          /s/ Michael D. Long_____
                                                                          MICHAEL D. LONG

-1-

PDF created with pdfFactory trial version www.pdffactory.com

-2-

1 | Attorney for Tpring Summerfield

2 Dated: July 7, 2008 | /s/ Colin Cooper                    .
3 | COLIN COOPER
  | Attorney for Daryl Summerfield

5 Dated: July 7, 2008 | /s/ Michael Chastain                 .
  | MICHAEL CHASTAINE
6 | Attorney for Solomon Summerfield

7 Dated:  July 7, 2008

8 | McGREGOR SCOTT
  | United States Attorney

10 | /s/ Anne Pings____
   | ANNE PINGS
11 | Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DARYL SUMMERFIELD, et al.,<br><br>　　　　　　Defendant.<br>================================) | ) No. CR-S-06-428  JAM<br>)<br>) ORDER<br>)<br>) Date:  8-12-08<br>) Time:  8:30 a.m.<br>) Judge: Hon. John A. Mendez<br>) |

　　　　UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for July 8, 2008, at 9:00 a.m. be continued to August 12, 2008, at 8:30 a.m. Based on the representations of counsel and good cause appearing therefore, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to August 12, 2008, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow counsel time to prepare.

Dated: July 7, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

-3-

PDF created with pdfFactory trial version www.pdffactory.com