MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for TPRING SUMMERFIELD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, v. DARYL SUMMERFIELD, et al Defendants. | No. CR-S-06-428 GEB STIPULATION AND [PROPOSED] ORDER TO CONTINUE JURY TRIAL AND TRIAL CONFIRMATION CONFERENCE Date: 6-9-09 Time: 9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Jason Hitt and Todd Leras, Assistant United States Attorneys, Colin Cooper, attorney for defendant Daryl Summerfield, Michael Chastain, attorney for defendant Solomon Summerfield, Kathryn Druliner, attorney for defendant Angela Summerfield, George Walker, attorney for defendant Barbara Brown, and Michael Long, attorney for defendant Tpring Summerfield, that the present jury trial date of June 9, 2009, at 9:00 a.m. should be continued until September 15, 2009, at 9:00 a.m. All parties further agree that the Trial Confirmation Conference currently scheduled for May 22, 2009, at 9:00 a.m. be continued to August 21, 2009, at 9:00 a.m. The continuance is necessary as all defense counsel are still investigating the case, meeting with their respective clients, and preparing for jury trial as well as continuing to engage in negotiations with the government.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new jury trial date of September 15, 2009, be excluded in computing the time within

-1-

which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for the ongoing preparation of counsel.

Dated:  April 7, 2009                                         Respectfully submitted,

/s/ Michael D. Long_____
MICHAEL D. LONG
Attorney for Tpring Summerfield

Dated: April 7, 2009                                          /s/ Colin Cooper_____ .
COLIN COOPER
Attorney for Daryl Summerfield

Dated: April 7, 2009                                          /s/ Michael Chastain_____ .
MICHAEL CHASTAINE
Attorney for Solomon Summerfield

Dated: April 7, 2009                                          /s/ Kathryn Druliner_____ .
KATHRYN DRULINER
Attorney for Angela Summerfield

Dated: April 7, 2009                                          /s/ George Walker_____ .
GEORGE WALKER
Attorney for Barbara Brown

LAWRENCE G. BROWN
Acting United States Attorney

Dated:  April 7, 2009                                         /s/ Jason Hitt____
JASON HITT
Assistant U.S. Attorney

Dated:  April 7, 2009                                         /s/ Todd Leras____
TODD LERAS
Assistant U.S. Attorney

MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. CR-S-06-428 -GEB
         Plaintiff, )
) (Proposed) ORDER
  v. )
) Date: 9-15-08
DARYL SUMMERFIELD, et al., ) Time: 9:00 a.m.
) Judge: Hon. Garland E. Burrell, Jr.
         Defendant. )
===============================)

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the jury trial presently set for June 9, 2009, at 9:00 a.m. be continued to September 15, 2009, at 9:00 a.m. It is further ordered that the Trial Confirmation Conference presently set for May 22, 2009, at 9:00 a.m. be continued to August 21, 2009, at 9:00 a.m.

Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence. The continuance outweighs the best interests of the public and the defendants to a speedy trial. It is ordered that time from this date to the new jury trial date of September 15, 2009, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow counsel time to prepare.

Dated: April 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-