1  MICHAEL D. LONG  (CA State Bar #149475)
2  901 H Street, Suite 208
   Sacramento, CA 95814
3  (916) 447-1920
   Long_5999@msn.com
4
5  Attorney for TPRING SUMMERFIELD

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  THE UNITED STATES OF AMERICA,    ) No. CR-S-06-428 GEB
                   Plaintiff,       )
9                                   ) STIPULATION AND
        v.                          ) ORDER TO CONTINUE STATUS
10                                  ) CONFERENCE
   DARYL SUMMERFIELD, et al         )
11                                  ) Date: 11-20-09
                   Defendants.      ) Time: 9:00 a.m.
12 ===============================) Judge: Hon. Garland E. Burrell

13
        It is hereby stipulated between the parties, Jason Hitt and Todd Leras, Assistant United
14
   States Attorneys, Colin Cooper, attorney for defendant Daryl Summerfield, Michael Chastain,
15
   attorney for defendant Solomon Summerfield, Kathy Druliner, attorney for defendant Angela
16
   Summerfield, George Walker, attorney for defendant Barbara Brown and Michael Long, attorney
17
   for Tpring Summerfield, that the status conference date of October 9, 2009, should be continued
18
   until November 20, 2009.  The continuance is necessary to complete the defense investigation and
19
   all counsel are continuing to engage in negotiations with the government.  We anticipate resolving
20
   the matter in court on November 20, 2009.
21
        IT IS STIPULATED that the period of time from the signing of this Order up to and
22
   including the new status conference date of November 20, 2009, be excluded in computing the time
23
   within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
24
   3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.
25

-1-

| | |
|---|---|
| 1    Dated: October 8, 2009 | Respectfully submitted, |
| 2 | /s/ Michael D. Long_____ |
| 3 | MICHAEL D. LONG |
|   | Attorney for Tpring Summerfield |
| 4 | |
| 5    Dated: October 8, 2009 | /s/ Colin Cooper     _____ . |
|   | COLIN COOPER |
| 6 | Attorney for Daryl Summerfield |
| 7    Dated: October 8, 2009 | /s/ Michael Chastain    _____ . |
|   | MICHAEL CHASTAINE |
| 8 | Attorney for Solomon Summerfield |
| 9 | |
| 10    Dated: October 8, 2009 | /s/ Kathy Druliner      _____ . |
|   | KATHY DRULINER |
|   | Attorney for Angela Summerfield |
| 11 | |
| 12    Dated: October 8, 2009 | /s/ George Walker     _____ . |
|   | GEORGE WALKER |
| 13 | Attorney for Barbara Brown |
| 14    Dated: October 8, 2009 | LAWRENCE BROWN |
| 15 | Acting United States Attorney |
| 16 | /s/ Jason Hitt____ |
|   | JASON HITT |
| 17 | Assistant U.S. Attorney |
| 18 | /s/ Todd Leras____ |
| 19 | TODD LERAS |
|   | Assistant U.S. Attorney |

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  ) | No. CR-S-06-428  GEB |
| Plaintiff,  ) | |
| ) | ORDER |
| v.  ) | |
| ) | |
| DARYL SUMMERFIELD, et al.,  ) | Date: 11-20-09 |
| Defendants.  ) | Time: 9:00 a.m. |
| ==============================) | Judge: Hon. Garland E. Burrell |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 9, 2009, at 9:00 a.m. be continued to November 20, 2009, at 9:00 a.m.  Based on the representations of counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to November 20, 2009, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow counsel time to prepare.

Dated:  October 13, 2009

GARLAND E. BURRELL, JR.
United States District Judge

-3-