MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for TPRING SUMMERFIELD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-06-428 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| DARYL SUMMERFIELD, et al | ) | |
| | ) | Date: 1-20-10 |
| Defendants. | ) | Time: 9:00 a.m. |
| ==============================) | | Judge: Hon. Garland E. Burrell |

It is hereby stipulated between the parties, Jason Hitt and Todd Leras, Assistant United States Attorneys, Colin Cooper, attorney for defendant Daryl Summerfield, Michael Chastain, attorney for defendant Solomon Summerfield, Kathy Druliner, attorney for defendant Angela Summerfield, George Walker, attorney for defendant Barbara Brown and Michael Long, attorney for Tpring Summerfield, that the status conference date of November 20, 2009, should be continued until January 15, 2010.  The continuance is necessary to complete the defense investigation and all counsel are continuing to engage in negotiations with the government.  We anticipate resolving the matter in court on January 15, 2010.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of January 15, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

-1-


| | |
|---|---|
| Dated:  November 13, 2009 | Respectfully submitted, |
| | /s/ Michael D. Long_____<br>MICHAEL D. LONG<br>Attorney for Tpring Summerfield |
| Dated: November 13, 2009 | /s/ Colin Cooper        _____  .<br>COLIN COOPER<br>Attorney for Daryl Summerfield |
| Dated: November 13, 2009 | /s/ Michael Chastain        _____  .<br>MICHAEL CHASTAINE<br>Attorney for Solomon Summerfield |
| Dated: November 13, 2009 | /s/ Kathy Druliner        _____  .<br>KATHY DRULINER<br>Attorney for Angela Summerfield |
| Dated: November 13, 2009 | /s/ George Walker         _____  .<br>GEORGE WALKER<br>Attorney for Barbara Brown |
| Dated:  November 13, 2009 | BENJAMIN WAGNER<br>United States Attorney |
| | /s/ Jason Hitt____<br>JASON HITT<br>Assistant U.S. Attorney |
| | /s/ Todd Leras____<br>TODD LERAS<br>Assistant U.S. Attorney |

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 208
2  Sacramento, CA 95814
3  (916) 447-1920
   Long_5999@msn.com
4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,      ) No. CR-S-06-428  GEB
                 Plaintiff,        )
                                   ) ORDER
         v.                        )
                                   )
DARYL SUMMERFIELD, et al.,         ) Date: 1-15-2010
                 Defendants.       ) Time: 9:00 a.m.
===============================)  Judge: Hon. Garland E. Burrell
```

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 20, 2009, at 9:00 a.m. be continued to January 15, 2010, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to January 15, 2010, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated:  November 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-