MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Solomon Summerfield

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARYL SUMMERFIELD, et al,<br><br>　　　　　Defendant. | Case No.: 2:06 – CR – 428 GEB<br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

　　　　It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Colin Cooper, attorney for defendant Daryl Summerfield, Michael Chastaine, attorney for Solomon Summerfield, Kathy Druliner, attorney for defendant Angela Summerfield, George Walker, attorney for defendant Barbara Brown and Michael long, attorney for Tpring Summerfield, that the status conference date of Friday, July 2, 2010 should be continued until Friday September 3, 2010.  The continuance is necessary as all counsel are continuing to engage in negotiations with the government.  It is anticipated that at least some of the defendants will have resolved the matter on or before September 3, 2010.

　　　　IT IS STIPULATED that the period of time from the July 2, 2010 up to and including September 3, 2010 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

.

| | |
|---|---|
| Dated: June 29, 2010 | By: ____/s/ Michael Chastaine<br>MICHAEL CHASTAINE<br>Attorney for Solomon Summerfield |
| Dated: June 29, 2010 | By: ____/s/ Michael D. Long<br>MICHAEL D. LONG<br>Attorney for Tpring Summerfield |
| Dated: June 29, 2010 | By: ____/s/ Colin Cooper<br>COLIN COOPER<br>Attorney for Daryl Summerfield |
| Dated: June 29, 2010 | By: ____/s/ Kathy Druliner<br>KATHY DRULINER<br>Attorney for Angela Summerfield |
| Dated: June 29, 2010 | By: ____/s/ George Walker<br>GEORGE WALKER<br>Attorney for Barbara Brown |
| Dated: June 29, 2010 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: ___/s/ Jason Hitt_____<br>Jason Hitt<br>Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, July 2, 2010 at 9:00 a.m. be continued to Friday, September 3, 2010 at 9:00 a.m. and that the

1 | period from July 2, 2010 to September 3, 2010 is excludable from calculation under the
2 | Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

Dated: 6/30/10

GARLAND E. BURRELL, JR.
United States District Judge