1  MICHAEL D. LONG  (CA State Bar #149475)
2  901 H Street, Suite 301
   Sacramento, CA 95814
3  (916) 447-1920
   Long_5999@msn.com
4

5  Attorney for TPRING SUMMERFIELD

6                       IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  THE UNITED STATES OF AMERICA,       ) No. CR-S-06-428 GEB
                Plaintiff,              )
9                                        ) STIPULATION AND [PROPOSED]
         v.                              ) ORDER TO CONTINUE STATUS
10                                       ) CONFERENCE
   DARYL SUMMERFIELD, et al              )
11                                       ) Date: 10-29-10
                Defendants.              ) Time: 9:00 a.m.
12 ==============================) Judge: Hon. Garland E. Burrell

13
           It is hereby stipulated between the parties, Jason Hitt and Todd Leras, Assistant United
14
   States Attorneys, Colin Cooper, attorney for defendant Daryl Summerfield, Michael Chastain,
15
   attorney for defendant Solomon Summerfield, Kathy Druliner, attorney for defendant Angela
16
   Summerfield, George Walker, attorney for defendant Barbara Brown and Michael Long, attorney
17
   for Tpring Summerfield, that the status conference date of September 3, 2010, should be continued
18
   until October 29, 2010.  The continuance is necessary to complete the defense investigation and all
19
   counsel are continuing to engage in negotiations with the government.  We anticipate resolving the
20
   matter in court on October 29, 2010.
21
           IT IS STIPULATED that the period of time from the signing of this Order up to and
22
   including the new status conference date of October 29, 2010, be excluded in computing the time
23
   within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)
24
   and Local Code T4, for ongoing preparation of counsel.
25

26

27

28

                                                 -1-

| | |
|---|---|
| Dated:  August 31, 2010 | Respectfully submitted, |
| | /s/ Michael D. Long_____<br>MICHAEL D. LONG<br>Attorney for Tpring Summerfield |
| Dated: August 31, 2010 | /s/ Colin Cooper       _____ .<br>COLIN COOPER<br>Attorney for Daryl Summerfield |
| Dated: August 31, 2010 | /s/ Michael Chastain      _____ .<br>MICHAEL CHASTAINE<br>Attorney for Solomon Summerfield |
| Dated: August 31, 2010 | /s/ Kathy Druliner         _____ .<br>KATHY DRULINER<br>Attorney for Angela Summerfield |
| Dated: August 31, 2010 | /s/ George Walker        _____ .<br>GEORGE WALKER<br>Attorney for Barbara Brown |
| Dated:  August 31, 2010 | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Jason Hitt____<br>JASON HITT<br>Assistant U.S. Attorney<br><br>/s/ Todd Leras____<br>TODD LERAS<br>Assistant U.S. Attorney |

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-S-06-428  GEB
          Plaintiff,                   )
                                       ) (Proposed) ORDER
   v.                            )
                                       )
DARYL SUMMERFIELD, et al.,      ) Date: 10-29-2010
          Defendants.                  ) Time: 9:00 a.m.
==============================) Judge: Hon. Garland E. Burrell

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 3, 2010, at 9:00 a.m. be continued to October 29, 2010, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to October 29, 2010, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated:  9/1/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-