COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DARYL SUMMERFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DARYL SUMMERFIELD,<br><br>   Defendant. | NO. 06-CR-00428  GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

Defendant DARYL SUMMERFIELD, by and through his attorney, Colin Cooper, the UNITED STATES, by and through Assistant United States Attorney Jason Hitt, SOLOMON SUMMERFIELD, by and through his attorney Michael Chastain, ANGELA SUMMERFIELD, by and through her attorney Kathryn Kohlman-Druliner, BARBARA BROWN, by and through her attorney George Walker, and TPRING SUMMERFIELD, by and through her attorney Michael Long hereby stipulate and agree to continue the status conference in the above-captioned case from October 29, 2010 to January 28, 2011. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from October 29, 2010 to January 28, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(8)(A) for the effective preparation of counsel.

| | |
|---|---|
| DATED: October 27, 2010 | /s/ COLIN L. COOPER<br>Attorney for Defendant DARYL SUMMERFIELD |
| DATED: October 27, 2010 | /s/ JASON HITT<br>Assistant United States Attorney |
| DATED: October 27, 2010 | /s/ MICHAEL L. CHASTAIN<br>Attorney for Defendant SOLOMON SUMMERFIELD |
| DATED: October 27, 2010 | /s/ KATHRYN KOHLMAN DRULINER<br>Attorney for Defendant ANGELA T. SUMMERFIELD |
| DATED: October 27, 2010 | /s/ GEORGE G. WALKER<br>Attorney for Defendant BARBARA Y. BROWN |
| DATED: October 27, 2010 | /s/ MICHAEL D. LONG<br>Attorney for Defendant TPRING S. SUMMERFIELD |

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the status conference scheduled for October 29, 2010 at 9:00 A.M. is continued to January 28, 2011 at 9:00 A.M. and that the period from October 29, 2010 to January 28, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

**Date:  10/28/2010**

GARLAND E. BURRELL, JR.
United States District Judge