MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for TPRING SUMMERFIELD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. 2:06-cr-00428 KJM
              Plaintiff,              )
                                 ) STIPULATION AND ORDER
   v.                            ) TO CONTINUE STATUS
                                 ) CONFERENCE
DARYL SUMMERFIELD, et al         )
                                 ) Date: 3-17-11
              Defendants.            ) Time: 10:00 a.m.
===============================) Judge: Hon. Kimberly J. Meuller

      It is hereby stipulated between the parties, Jason Hitt and Todd Leras, Assistant United States Attorneys, Colin Cooper, attorney for defendant Daryl Summerfield, Michael Chastain, attorney for defendant Solomon Summerfield, Kathy Druliner, attorney for defendant Angela Summerfield, George Walker, attorney for defendant Barbara Brown and Michael Long, attorney for Tpring Summerfield, that the status conference date of January 28, 2011, should be continued until March 17, 2011.  The continuance is necessary to complete the defense investigation and all counsel are continuing to engage in negotiations with the government.  We anticipate resolving the matter in court on March 17, 2011.

      IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of March 17, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

-1-

| | |
|---|---|
| Dated:  January 26, 2011 | Respectfully submitted, |
| | /s/ Michael D. Long_____<br>MICHAEL D. LONG<br>Attorney for Tpring Summerfield |
| Dated: January 26, 2011 | /s/ Colin Cooper         _____ .<br>COLIN COOPER<br>Attorney for Daryl Summerfield |
| Dated: January 26, 2011 | /s/ Michael Chastain         _____ .<br>MICHAEL CHASTAINE<br>Attorney for Solomon Summerfield |
| Dated: January 26, 2011 | /s/ Kathy Druliner         _____ .<br>KATHY DRULINER<br>Attorney for Angela Summerfield |
| Dated: January 26, 2011 | /s/ George Walker         _____ .<br>GEORGE WALKER<br>Attorney for Barbara Brown |
| Dated:  January 26, 2011 | BENJAMIN WAGNER<br>United States Attorney |
| | /s/ Jason Hitt____<br>JASON HITT<br>Assistant U.S. Attorney |
| | /s/ Todd Leras____<br>TODD LERAS<br>Assistant U.S. Attorney |

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:06-cr-00428  KJM |
|             Plaintiff, | ) |
|  | ) ORDER |
|     v. | ) |
|  | ) |
| DARYL SUMMERFIELD, et al., | ) Date: 3-17-2011 |
|             Defendants. | ) Time: 10:00 a.m. |
| ==============================) | Judge: Hon. Kimberly J. Meuller |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 28, 2011, at 9:00 a.m. before Judge Garland E. Burrell Jr. is VACATED and RESET for March 17, 2011, at 10:00 a.m. before Judge Kimberly J. Mueller. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to March 17, 2011, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated:  January 27, 2011.

_____
UNITED STATES DISTRICT JUDGE