COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DARYL SUMMERFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 2:06-cr-00428   KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING STATUS CONFERENCE |
| DARYL SUMMERFIELD, | ) |
| Defendant. | ) |

Defendant DARYL SUMMERFIELD, by and through his attorney, Colin Cooper, the UNITED STATES, by and through Assistant United States Attorney Jason Hitt, SOLOMON SUMMERFIELD, by and through his attorney Michael Chastain, ANGELA SUMMERFIELD, by and through her attorney Kathryn Kohlman-Druliner, BARBARA BROWN, by and through her attorney George Walker, and TPRING SUMMERFIELD, by and through her attorney Michael Long hereby stipulate and agree to continue the status conference in the above-captioned case from May 26, 2011, to August 25, 2011.  The continuance is requested to allow defendant's counsel additional time to finish plea negotiations and further preparation.

All counsel have been actively involved in plea negotiations with the government, but not all defendants' are similarly situated.  The government is also evaluating if its offers will be a package, or if some defendants will be allowed to plea if others choose to have a trial.  In addition to negotiating plea deals with the government, counsel for each of the defendants is conducting

research into a possible motion to suppress the underlying wiretaps in this case.  Additional time will permit defense counsel to complete that research and determine whether a viable motion to suppress is an option.  Due to the complicated nature of the negotiations and the research underway the parties are requesting a continuance of the status conference scheduled for May 26, 2011.

      The length of the continuance takes into account the complicated nature of the case, and the difficulty of scheduling a date that accommodates all of the lawyer's schedules.  For example the attorney's for Mr. Summerfield have scheduling conflicts until August.  A combination of vacations and trials consume the end of June and all of July.  Ms. Druliner, the attorney of record for Angela Summerfield, is out of the office the last part of June.  The AUSA handling the case, Jason Hitt, is unavailable the first two weeks of July.  This is not an exhaustive list, but merely illustrates the scheduling difficulties that accompany a five co-defendant case.

      The parties further stipulate and agree that the period from May 26, 2011 to August 25, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(8)(A) for the effective preparation of counsel.

DATED: May 24, 2011                    /s/ COLIN L. COOPER
                                          Attorney for Defendant DARYL SUMMERFIELD

DATED: May 24, 2011                    /s/ JASON HITT
                                          Assistant United States Attorney

DATED: May 25, 2011                    /s/ MICHAEL L. CHASTAIN
                                          Attorney for Defendant SOLOMON SUMMERFIELD

DATED: May 25, 2011                    /s/ KATHRYN KOHLMAN DRULINER
                                          Attorney for Defendant ANGELA T. SUMMERFIELD

DATED: May 25, 2011                    /s/ GEORGE G. WALKER
                                          Attorney for Defendant BARBARA Y. BROWN

DATED: May 25, 2011                    /s/ MICHAEL D. LONG
                                          Attorney for Defendant TPRING S. SUMMERFIELD

/////

/////

/////

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the status conference scheduled for May 26, 2011 at 2:30 P.M. is continued to August 25, 2011 at 10:00 A.M. and that the period from May 26, 2011 to August 25, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  May 25, 2011.

_____
UNITED STATES DISTRICT JUDGE