COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DARYL SUMMERFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:06-cr-00428-KJM |
| | ) | |
| Plaintiff, | ) | WAIVER OF PERSONAL |
| | ) | APPEARANCE AT STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| DARYL SUMMERFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant DARYL SUMMERFIELD, by and through his attorney, Colin Cooper, hereby waives his personal appearance for the status conference scheduled for August 25, 2011. Mr. SUMMERFIELD has previously waived his speedy trial right for effective preparation of counsel, and continuity of counsel, and he continues to waive time for those reasons.

DATED: August 23, 2011                    /s/ COLIN L. COOPER
                                          Attorney for Defendant DARYL SUMMERFIELD

<u>ORDER</u>

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that DARYL SUMMERFIELD'S personal appearance is waived at the status conference scheduled for August 25, 2011.

DATED:  August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE